JOSE RAMIREZ et al., Appellants, v MARK T. MILLER et al., Defendants, and EICHNER RUDD MANAGEMENT ASSOCIATES, LTD., Respondent.

Submitted December 17, 2007; decided March 13, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.